JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| PAULA MAITLAND,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No: EDCV13-01575 VAP (OPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 7, 2014

*Virginia A. Phillips*

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Case 5:13-cv-01575-VAP-OP   Document 15   Filed 07/07/14   Page 2 of 2   Page ID #:96